**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00213-CV**
_____

**MATTHEW L. WEBB, Appellant**

**V.**

**H.E.B. STAFF, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-04-04688-CV**

**MEMORANDUM OPINION**

The appellant filed a motion to dismiss this accelerated appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on October 18, 2019
Opinion Delivered November 14, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.

2